**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GULFPORT ENERGY CORPORATION,<br><br>    Defendant. | Case No. 2:20-cv-00340-ALM-CMV |

**NOTICE OF LODGING OF PROPOSED CONSENT DECREE**

The United States of America hereby lodges the accompanying proposed Consent Decree with this Court.

1.   The United States has filed a Complaint in this action seeking civil penalties and injunctive relief from Defendant Gulfport Energy Corporation ("Gulfport") for alleged violations of the Clean Air Act, 42 U.S.C. §§ 7401-7671q, at multiple oil and gas production well pads that Gulfport owns and operates in eastern Ohio (the "Facilities"). Among other things, the United States alleges that Gulfport has violated statutory and regulatory requirements applicable to storage tanks at the Facilities arising under the Clean Air Act and regulations promulgated by the U.S. Environmental Protection Agency establishing standards of performance for crude oil and natural gas production, transmission, and distribution facilities (codified at 40 C.F.R. Part 60, Subpart OOOO), as well as corresponding requirements in Gulfport's Clean Air Act operating permits for the Facilities.

2.   The accompanying proposed Consent Decree would require that Gulfport, *inter alia*, implement appropriate injunctive relief to control air pollutant emissions from storage tanks

at the Facilities, undertake additional mitigation measures to help offset unauthorized past air pollutant emissions, and pay a total of $1,700,000 in civil penalties (plus interest) to the United States.

3. Pursuant to Department of Justice policy, the United States will publish notice of the lodging of the proposed Consent Decree in the Federal Register to commence a 30-day public comment period.  The Court should not sign the proposed Consent Decree until the public has had an opportunity to comment and the United States has addressed those comments, if any.

4. The United States may withhold its consent to the proposed Consent Decree if the comments disclose facts or considerations which indicate that the proposed Consent Decree is improper, inappropriate, inadequate, or not in the public interest.

5. At the conclusion of the public comment period, the United States will: (i) file with the Court any written comments received pertaining to the proposed Consent Decree; and (ii) either notify the Court of its withdrawal of the proposed Consent Decree, or respond to comments received and file a Motion asking the Court to approve and enter the proposed Consent Decree.

FOR THE UNITED STATES OF AMERICA:

KAREN S. DWORKIN, Deputy Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice

Dated:  January 22, 2020

s/ *Randall M. Stone*
RANDALL M. STONE, Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611
Tel. No.:        (202) 514-1308
Fax No.:        (202) 616-6584
E-mail:  randall.stone@usdoj.gov

DAVID M. DEVILLERS
United States Attorney
Southern District of Ohio


MARK D'ALESSANDRO
Civil Chief, Office of the United States Attorney
Southern District of Ohio
303 Marconi Blvd., Suite 200
Columbus, OH  43215
Tel. No.:　　(614) 469-5715
Fax No.:　　(614) 469-5653

CERTIFICATE OF SERVICE

      In accordance with Paragraphs 77 and 90 of the proposed Consent Decree lodged in this case, I certify that on this date I caused copies of the foregoing Notice of Lodging (and the accompanying proposed Consent Decree) to be served on the following individuals by electronic mail and first-class mail, postage pre-paid:

      Stephanie Timmermeyer
      Vice President of EHSR and Purchasing
      Gulfport Energy Corporation
      3001 Quail Springs Parkway
      Oklahoma City, Oklahoma 73134

      Donald K. Shandy
      Robert D. Singletary
      Crowe & Dunlevy
      324 N. Robinson Ave., Ste. 100
      Oklahoma City, Oklahoma 73102

Dated:  January 22, 2020                                                 *s/ Randall M. Stone*